# Court of Appeals
# of the State of Georgia

ATLANTA, February 27, 2025

*The Court of Appeals hereby passes the following order:*

### A25I0149. CHRIMISHA GRUBBS et al v. METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY.

On December 20, 2024, Chrimisha Grubbs filed a one-page petition with the Supreme Court, alleging that the trial court was biased against her and had acted in an unprofessional manner. The petition contained no orders, but the Supreme Court obtained a November 20, 2024 order from the superior court, which denied three motions: a motion to reconsider; a motion for summary judgment; and a motion to compel. The Supreme Court characterized Grubbs' filing as an application for interlocutory appeal, which it transferred to this Court. See S25I0542 (Jan. 23, 2025). We, however, lack jurisdiction.

Based on the exceedingly limited information before us, it appears that Grubbs's action in the superior court remains pending below. Thus, Grubbs was required to use the interlocutory appeal procedures — including obtaining a certificate of immediate review from the trial court — in order to appeal the November 20, 2024 order. See OCGA § 5-6-34 (b); *Eidson v. Croutch*, 337 Ga. App. 542, 543 (788 SE2d 129) (2016) (the failure to follow the interlocutory appeal procedure deprives us of jurisdiction). Grubbs's failure to comply with the interlocutory appeal procedure deprives us of jurisdiction to consider this application. See id.

To the extent Grubbs seeks to appeal some ruling other than the November 20 order, her failure to include that ruling is fatal. "This Court is an appellate court for the correction of errors of law made by the trial court, which have as their bases specific rulings made by the trial court." *Amica v. State*, 307 Ga. App. 276, 282 (2)

(704 SE2d 831) (2010) (citation and punctuation omitted). In the absence of a ruling by the trial court, we have nothing to review. See id.

For these reasons, we lack jurisdiction over this application for interlocutory appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*___02/27/2025_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*